# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

March 29, 2021

Mr. Thomas Richard Carnes
CARNES LAW FIRM
3827 Gustine Avenue
Saint Louis, MO  63116

     RE:  20-3352  Barbara Kellum v. Nationwide Insurance Company, et al

Dear Counsel:

     Your motion to dismiss on behalf of Gilster-Mary Lee corporation Group Health Benefit Plan has been filed and will be referred to the court. Until the court has rendered a decision on the motion, the briefing schedule will be suspended. You will be advised when a revised briefing schedule is established.

     The deadline for filing a response to the motion is April 8, 2021.

                                    Michael E. Gans
                                    Clerk of Court

HAG

cc:    Mr. Johnathon Carl Brereton-Hubbard
        Mr. Matthew R. Davis
        Mr. Matthew Allen Temper

     District Court/Agency Case Number(s):   1:20-cv-00023-SNLJ